UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RALPHELLE ANTRE JAMES, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPT. TURNER, ) <br> CORPORAL HALL, ) <br> SGT. KIDD, ) <br> ROGER D. WILSON ) <br> CORRECTIONAL FACILITY, and ) <br> ERIC FIGHT, ) <br> ) <br> Defendants. ) | No.: 3:22-CV-49-TAV-JEM |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED with prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT